

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-25-2009

# City of Wilkes-Barre v. Robert Sheils, Jr.

Precedential or Non-Precedential: Precedential

Docket No. 08-1412

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"City of Wilkes-Barre v. Robert Sheils, Jr." (2009). *2009 Decisions.* Paper 738.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/738

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 11, 2009

No. 08-1412

City of Wilkes-Barre
                    Appellant
                 v.

Robert P. Sheils, Jr., Esq., Trustee

(M.D. of Pa. No. 07-cv-01238)


Present:        MCKEE, SMITH, Circuit Judges and STEARNS, <u>District Judge</u>

                1. Motion by Appellant to Publish the Court's Not Precedential Opinion on
                04/23/2009.

                2. Response by Appellee Robert Sheils, Jr. In Opposition to Appellants
                Motion to Publish the Court's Not Precedential Opinion.


                                        /s/ Pam Batts
                                        Case Manager (267) 299-4943
_____**ORDER**_____

**The foregoing** Motion by Appellant to Publish the Court's Not Precedential Opinion on
04/23/2009 is GRANTED.  The not precedential opinion shall be designated Precedential
and filed the same date as this order.



                                        By the Court,

                                         /s/ D.Brooks Smith
                                        Circuit Judge


Dated: August 25, 2009
PDB/cc: Thomas J. MacNeely, Esq.
        Paul M. Perlstein, Esq.
        Alexandra Bak-Boychuk, Esq.
        John P. McLaughlin, Esq.